**BOYAMIAN LAW, INC.**
Michael H. Boyamian, SBN 256107
Armand R. Kizirian, SBN 293992
550 North Brand Boulevard, Suite 1500
Glendale, CA 91203
Phone: 818-547-5300
Fax: 818-547-5678
michael@boyamianlaw.com,
armand@boyamianlaw.com

Attorneys for Plaintiff CHRISTIAN MATUTE,
Individually and On Behalf of All Others Similarly Situated

**MORGAN, LEWIS & BOCKIUS LLP**
Barbara J. Miller (SBN 167223)
Kimberli A. Williams (SBN 318741)
Christopher J. Taylor (SBN 292369)
Taylor D. Horn (SBN 329435)
600 Anton Blvd., Suite 1800
Costa Mesa, CA 92626
Phone: 714-830-0600
Fax: 714-830-0700
barbara.miller@morganlewis.com
kimberli.williams@morganlewis.com
christopher.taylor@morganlewis.com
taylor.horn@morganlewis.com

Attorneys for Defendant,
BEST BUY CO., INC.

(*Additional Counsel Listed on Following Page*)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN MATUTE, an individual; Individually and on Behalf of All Similarly Situated Individuals,<br><br>Plaintiff,<br><br>v.<br><br>PILOT AIR FREIGHT LLC dba PILOT FREIGHT SERVICES, a Pennsylvania Limited Liability Company; BEST BUY CO., INC., a Minnesota Corporation; and DOES 1 through 25, Inclusive,<br><br>Defendants. | Case No. 4:22-cv-00587-YGR<br><br>**CLASS ACTION**<br><br>**JOINT STATEMENT FOR MARCH 31, 2023 COMPLIANCE HEARING; [~~PROPOSED~~] ORDER**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Date: March 31, 2023<br>Time: 9:01 a.m.<br>Crtrm: 1, Fourth Floor, Oakland |

**GIBSON, DUNN & CRUTCHER LLP**
DHANANJAY S. MANTHRIPRAGADA, SBN 254433
dmanthripragada@gibsondunn.com
THOMAS F. COCHRANE, SBN 318635
tcochrane@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071
Phone: 213.229.7000

Christopher C. McNatt, Jr. (SBN 174559)
cmcnatt@scopelitis.com
**SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP**
2 North Lake Avenue, Suite 560
Pasadena, CA 91101
Phone:  626-795-4700
Fax:  626-795-4790

Andrew J. Butcher (*Pro Hac Vice*)
abutcher@scopelitis.com
**SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.**
30 West Monroe Street, Suite 1600
Chicago, IL 60603
Phone:  312-255-7200
Fax:  312-422-1224

Angela S. Cash (*Pro Hac Vice*)
acash@scopelitis.com
James A. Eckhart (SBN 321101)
jeckhart@scopelitis.com
**SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.**
10 West Market Street, Suite 1400
Indianapolis, Indiana 46204
Phone:  317-637-1777
Fax:  317-687-2414

Attorneys for Defendant,
PILOT AIR FREIGHT LLC dba PILOT FREIGHT SERVICES

Pursuant to the Order Vacating Dates and Setting Compliance Deadline dated February 8, 2023, Plaintiff Christian Matute ("Plaintiff") and Defendants Pilot Air Freight LLC d/b/a Pilot Freight Services ("Pilot") and Best Buy Co., Inc. ("Best Buy") (Pilot and Best Buy together, "Defendants"), by and through their counsel of record, jointly submit this Joint Statement in connection with the Compliance Hearing scheduled for March 31, 2023.

**Settlement/Alternative Dispute Resolution (ADR)**

On December 2, 2022, with the assistance of mediator Tripper Ortman, Esq., the Parties reached a settlement in principle of this matter.  As a result, the Parties requested that the Court vacate all dates and deadlines presently set in this action, including the Case Management Conference which was set for December 12, 2022 as they worked towards drafting a long-form settlement agreement (Dkt. 28).  In response, the Court continued the December 12, 2022 Case Management Conference to February 13, 2023 at 2:00 p.m. (Dkt. 29).

On February 6, 2023, the Parties filed an updated Joint Statement (Dkt. 30) informing the Court that, while the Parties had signed a Memorandum of Understanding, they were still negotiating the terms of the long-form settlement agreement.  In response the Court vacated the Case Management Conference set for February 13, 2023 and placed a Compliance Hearing on-calendar for March 31, 2023 (Dkt. 31).

The Parties have been working diligently towards finalizing their long-form settlement agreement.  While they have now resolved almost all outstanding issues, the Parties have not yet completed their negotiation of the long-form settlement agreement.  While there are three parties and four law firms in the negotiations, the Parties have proceeded as expeditiously as possible.

The Parties believe that they will be able to finalize and sign a long-form settlement agreement within the first half of April.  Plaintiff therefore anticipates being able to file his Motion for Preliminary Approval of Class Action Settlement within

approximately a month.

The Parties therefore respectfully request that the Court continue the Compliance Hearing presently set for March 31, 2023 to on or after April 28, 2023.

Dated: March 23, 2023         **BOYAMIAN LAW, INC.**

By: */s/ Armand R. Kizirian*
Michael H. Boyamian
Armand R. Kizirian**
*Attorneys for Plaintiff Christian Matute*

Dated: March 23, 2023         **SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP**
**GIBSON, DUNN & CRUTCHER LLP**

By: */s/ Dhananjay S. Manthripragada*
Andrew J. Butcher (*Pro Hac Vice*)
Angela S. Cash (*Pro Hac Vice*)
Christopher C. McNatt, Jr.
James A. Eckhart
Dhananjay S. Manthripragada
Thomas F. Chochrane
*Attorneys for Defendant Pilot Air Freight LLC*

Dated: March 23, 2023         **MORGAN, LEWIS & BOCKIUS LLP**

By: */s/ Christopher J. Taylor*
Barbara J. Miller
Kimberli A. Williams
Christopher J. Taylor
Taylor D. Horn
*Attorneys for Defendant Best Buy Co., Inc.*

**Pursuant to L.R. 5-4.3.4, I attest that concurrence in the filing of this document has been obtained from the other signatories.

# [~~PROPOSED~~] ORDER

Pursuant to the Parties' request, the compliance hearing currently set for March 31, 2023 at 9:01 a.m. continued to _____May 5, 2023_____ [~~April 28, 2023~~ at 9:01 a.m.].

Five (5) business days prior to the date of the compliance deadline, Plaintiff shall file a motion for preliminary approval of class settlement or a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply.  If compliance is complete, the compliance deadline will be taken off calendar.

Dated: _____March 27, 2023_____           _____
                                           HONORABLE YVONNE GONZALEZ ROGERS
                                           UNITED STATES DISTRICT JUDGE

3
JOINT STATEMENT FOR MARCH 31, 2023 COMPLIANCE HEARING; ORDER
Case No. 4:22-cv-00587-YGR