**BOYAMIAN LAW, INC.**
Michael H. Boyamian, SBN 256107
Armand R. Kizirian, SBN 293992
550 North Brand Boulevard, Suite 1500
Glendale, CA 91203
Phone: 818-547-5300
Fax: 818-547-5678
michael@boyamianlaw.com,
armand@boyamianlaw.com

Attorneys for Plaintiff CHRISTIAN MATUTE,
Individually and On Behalf of All Others Similarly Situated

**MORGAN, LEWIS & BOCKIUS LLP**
Barbara J. Miller (SBN 167223)
Kimberli A. Williams (SBN 318741)
Christopher J. Taylor (SBN 292369)
600 Anton Blvd., Suite 1800
Costa Mesa, CA 92626
Phone: 714-830-0600
Fax: 714-830-0700
barbara.miller@morganlewis.com
kimberli.williams@morganlewis.com
christopher.taylor@morganlewis.com

Attorneys for Defendant,
BEST BUY CO., INC.

(*Additional Counsel Listed on Following Page*)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN MATUTE, an individual; Individually and on Behalf of All Similarly Situated Individuals,<br><br>Plaintiff,<br><br>v.<br><br>PILOT AIR FREIGHT LLC dba PILOT FREIGHT SERVICES, a Pennsylvania Limited Liability Company; BEST BUY CO., INC., a Minnesota Corporation; and DOES 1 through 25, Inclusive,<br><br>Defendants. | Case No. 4:22-cv-00587-YGR<br><br>**CLASS ACTION**<br><br>**JOINT STATEMENT FOR OCTOBER 11, 2024 COMPLIANCE HEARING RE POST-DISTRIBUTION ACCOUNTING**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Date: October 11, 2024<br>Time: 9:01 a.m.<br>Crtrm: 1, Fourth Floor, Oakland |

1  **GIBSON, DUNN & CRUTCHER LLP**
2  DHANANJAY S. MANTHRIPRAGADA, SBN 254433
   dmanthripragada@gibsondunn.com
3  THOMAS F. COCHRANE, SBN 318635
   tcochrane@gibsondunn.com
4  333 South Grand Avenue
   Los Angeles, CA 90071
5  Phone: 213.229.7000

6  Christopher C. McNatt, Jr. (SBN 174559)
   cmcnatt@scopelitis.com
7  **SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP**
   2 North Lake Avenue, Suite 560
8  Pasadena, CA 91101
   Phone:  626-795-4700
9  Fax:  626-795-4790

10 Andrew J. Butcher (*Pro Hac Vice*)
   abutcher@scopelitis.com
11 **SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.**
   30 West Monroe Street, Suite 1600
12 Chicago, IL 60603
   Phone:  312-255-7200
13 Fax:  312-422-1224

14 Angela S. Cash (*Pro Hac Vice*)
   acash@scopelitis.com
15 James A. Eckhart (SBN 321101)
   jeckhart@scopelitis.com
16 **SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.**
   10 West Market Street, Suite 1400
17 Indianapolis, Indiana 46204
   Phone:  317-637-1777
18 Fax: 317-687-2414

19 Attorneys for Defendant,
   PILOT AIR FREIGHT LLC dba PILOT FREIGHT SERVICES

20

21

22

23

24

25

26

27

28

---

JOINT STATEMENT FOR OCTOBER 11, 2024 COMPLIANCE HEARING
Case No. 4:22-cv-00587-YGR

Pursuant to the Court's Final Approval Order dated April 5, 2024, Plaintiff Christian Matute ("Plaintiff") and Defendants Pilot Air Freight LLC d/b/a Pilot Freight Services ("Pilot") and Best Buy Co., Inc. ("Best Buy") (Pilot and Best Buy together, "Defendants"), by and through their counsel of record, jointly submit this Joint Statement in connection with the Compliance Hearing scheduled for October 11, 2024.

**Post-Distribution Accounting**

The Court approved the class action settlement of this matter on April 5, 2024. IYLM Group, Inc. has been serving as the third-party administrator of the settlement. The Parties have been in contact with IYLM Group, Inc. with regard to the preparation of the Post-Distribution Accounting Form mandated by the Northern District of California's Procedural Guidance for Class Action Settlements.

However, the case manager assigned to this matter has informed the Parties that the check stale deadline for this matter will come to pass on November 23, 2024.  This means that ILYM cannot yet know the precise number of uncashed settlement checks or their total value.  The case manager has further informed the Parties that it will take approximately 10 business days for all of the funds to be fully and finally accounted after this check cashing deadline.  As Section IV(O) of the Settlement Agreement then calls for the uncashed funds to be sent to the California State Controller's Unclaimed Property Fund in the name of the applicable Class Members, the Parties understand that ILYM Group, Inc. will be in a position to provide the necessary accounting of all funds by late December.

As a result, the Parties request that the Court continue the upcoming Compliance Hearing to late December 2024 or early January 2025.

///

///

///

Dated: October 9, 2024    **BOYAMIAN LAW, INC.**

By: */s/ Armand R. Kizirian*
Michael H. Boyamian
Armand R. Kizirian**
*Attorneys for Plaintiff Christian Matute*

Dated: October 9, 2024    **SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP**
**GIBSON, DUNN & CRUTCHER LLP**

By: */s/ Thomas F. Chochrane*
Andrew J. Butcher (*Pro Hac Vice*)
Angela S. Cash (*Pro Hac Vice*)
Christopher C. McNatt, Jr.
James A. Eckhart
Dhananjay S. Manthripragada
Thomas F. Chochrane
*Attorneys for Defendant Pilot Air Freight LLC*

Dated: October 9, 2024    **MORGAN, LEWIS & BOCKIUS LLP**

By: */s/ Christopher J. Taylor*
Barbara J. Miller
Kimberli A. Williams
Christopher J. Taylor
*Attorneys for Defendant Best Buy Co., Inc.*

**Pursuant to L.R. 5-4.3.4, I attest that concurrence in the filing of this document has been obtained from the other signatories.