UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN MATUTE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PILOT AIR FREIGHT, LLC, et al.,<br><br>　　　　Defendants. | Case No. 22-cv-00587-YGR<br><br>**CLERK'S NOTICE**<br><br>Re: Dkt. No. 67 |

　　You are hereby notified that Parties' post distribution accounting due date is reset to January 3, 2025. Compliance Deadline set for January 10, 2025, at 09:01 AM in Oakland, Chambers.

　　All compliance deadlines are decided on the papers and personal appearances are not necessary. If compliance is complete, the compliance deadline will be vacated. Failure to timely comply with the compliance deadline may result in sanctions or an additional conference being set.

Dated: October 15, 2024

　　　　　　　　　　　　　　　　　　　　　　Mark B. Busby
　　　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　Edwin Angelo A. Cuenco, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　　　Honorable YVONNE GONZALEZ ROGERS
　　　　　　　　　　　　　　　　　　　　　　5106373540